## PALMOUR *vs.* MITCHELL *et al.*

1. The verdict is not contrary to law or evidence in this case.

(*a.*) One who sold land on a creek for mining purposes, with full knowledge of the use to which it was to be put, and consenting that the "tailings" from the mine should be drained off through the creek, and consequently through a reservoir which he had for operating a mill lower down the creek than the mine, could not complain if such drainage was used and his reservoir was injured thereby.

September 12, 1882.

CRAWFORD, Justice.

---

## MOYE *vs.* CLARKE.

A bill for specific performance alleged that complainant had purchased certain land and subsequently sold it, receiving a part of the purchase money and taking a mortgage for the balance; that C., an attorney, had in his hands a *fi. fa.* against complainant's vendor, on which was due about $140.00, and was proceeding against the land; that complainant could and would have protected himself but for the assurances of C. that he would have the land sold under this *fi. fa.*, bid it in for complainant, and deliver the title to the latter on payment of the amount due on such *fi. fa.*; that, relying on such assurances, he took no steps in the matter; that C., instead of carrying out the agreement, went to the sale, caused it to be made under another *fi. fa.*, which he had assured complainant would not interfere with the land, bought it, took title in his own name, and refused to receive the amount due on the first *fi. fa.* as agreed :

*Held*, that there was equity in the bill, and it was error to dismiss the same on demurrer. 41 *Ga.* 28½.

October 10, 1882.

CRAWFORD, Justice.